IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR172 |
| vs. | |
| ADOLFO A. LOZANO, | ORDER |
| Defendant. | |

Defendant Adolfo A. Lozano appeared before the court on Tuesday, October 17, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [5]. The defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the United States was represented by Assistant U.S. Attorney Douglas R. Semisch. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Rossiter.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Judge Rossiter in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on November 29, 2017 at 11:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision and the Order Setting Conditions of Release [13].

Dated this 17th day of October, 2017.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge